UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| DIANA L. PFEIFFER,<br>*Debtor(s)* | : | Case No. 04-24892T |
| ------------------------------------------------- | : | |
| | : | |
| DIANA L. PFEIFFER,<br>*Plaintiff(s)* | : | |
| | : | |
| v. | : | Adv. No. 04-2478 |
| | : | |
| CITIFINANCIAL,<br>*Defendant(s)* | : | |
| | : | |

## ORDER

AND NOW, this 7th day of December, 2005, it is ORDERED that the within-captioned adversary proceeding is CLOSED.[1]

Reading, PA

THOMAS M. TWARDOWSKI
United States Bankruptcy Judge

---

1. The parties have failed to file a stipulation or status letter per this court's Bench Order of July 27, 2005.